

May 30, 2024

<u>VIA ECF</u>

Hon. Michael A. Shipp, U.S.D.J.
United States District Court -New Jersey
Clarkson S. Fisher Building & U.S.
Courthouse 402 East State Street
Trenton, NJ  08608

   **Re:** ***Aronstein v. Kenvue***, ***et al.***
      Docket No. 3:24-cv-04665-MAS-RLS (D.N.J.)
      ***Castle, et al. v. Kenvue***, ***et al.***
      Docket No. 3:24-cv-06090-MAS-RLS (D.N.J.)
      ***Moultrie v. Kenvue***, ***et al***
      Docket No. 3:24-cv-04757-MAS-RLS (D.N.J.)

Dear Judge Shipp:

  We, along with co-counsel, represent Plaintiffs in the above captioned actions. We write upon consent of all parties in the above matters seeking consolidation of these related actions.

  Please find enclosed a proposed Order consolidating the above matters into a single matter bearing the caption "In re Aronstein v. Kenvue," Docket No. 3:24-cv-04665-MAS-RLS and suspending the time for the Defendants to respond to the complaints until after the appointment of interim class counsel and the filing of a single consolidated complaint.  If the Court approves, we respectfully request that Your Honor "So Order" the attached and enter it on the docket.

  We appreciate the Court's attention to this matter and are available to answer any questions that the Court may have.

Respectfully submitted,


*/s/ Christopher L. Ayers*

Christopher L. Ayers
*Counsel for Lead Plaintiff*

cc:    Counsel of Record (via ECF)